IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 4:19-CV-02996 |
| | § | |
| XCALIBUR LOGISTICS, | § | |
| | § | |
| Defendant. | § | (JURY TRIAL DEMANDED) |

PLAINTIFF'S MOTION TO COMPEL
DEFENDANT'S DISCOVERY RESPONSES AND REQUEST FOR ORAL HEARING

# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JOHNSON, | § § | |
| Plaintiff, | § § | |
| VS | § § | C.A. No. 4:19-CV-02966 |
| XCALIBUR LOGISTICS | § § | |
| Defendant. | § | (JURY TRIAL DEMANDED) |

ORAL DEPOSITION OF ==JEFFREY LYNN MARONEN==

==March 25, 2021==

(REPORTED REMOTELY)

Volume 1 of 1

Oral Deposition of JEFFREY LYNN MARONEN, produced as a witness at the instance of MS. KATRINA PATRICK, ATTORNEY FOR PLAINTIFF, and duly sworn, was taken in the above-styled and numbered cause, on March 25, 2021, from 9:53 a.m. to 12:40 p.m., before Lydia P. Battle, Certified Shorthand Reporter, RPR, in and for the State of Texas, reported by stenographic means, at 26434 Morgan Creek Lane, Katy, Fort Bend County, Texas, pursuant to the Federal Rules of Civil Procedure, the Current Emergency Order Regarding the COVID-19 State of Disaster, and the provisions stated on the record attached hereto.

INDEX
Page No.

Appearances.................................. 3

Testimony of JEFFREY LYNN MARONEN

    Examination by MS. PATRICK................ 6

    Examination by MS. ZINECKER.............. 110

    Further Examination by MS. PATRICK....... 115

Changes and Signature......................... 117

Reporter's Certificate........................ 119

E X H I B I T S - (No. 1 through 7)

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 1 | State of New Mexico Uniform Incident Report | 26 |
| Exhibit 2 | Xcalibur Logistics Driver Policies and Procedures | 41 |
| Exhibit 3 | Anti-Harassment policy | 46 |
| Exhibit 4 | Post-Trip Inspection DVIR | 71 |
| Exhibit 5 | Driver disqualifications | 78 |
| Exhibit 6 | Employer Responsibilities | 83 |
| Exhibit 7 | Xcalibur Logistics Work Order Form | 86 |

---

Page 3

APPEARANCES

ATTORNEYS FOR PLAINTIFF - Christopher Johnson

MS. KATRINA PATRICK
Law Offices of Katrina Patrick
6575 West Loop South, Suite 500
Bellaire, Texas 77401
Phone: (713) 796-8218
Fax: (832) 390-2499
Katrina@voiceoftheemployees.com

and

MR. MICKEY L. WASHINGTON
Mickey L. Washington & Associates, PLLC
2019 Wichita Street
Houston, Texas 77004
Phone: (713) 225-1838
Fax: (713) 225-1866

ATTORNEY FOR DEFENDANT - Xcalibur Logistics
MS. KATIE ZINECKER
Baker & McKenzie, LLP
700 Louisiana, Suite 3000
Houston, Texas 77002
Phone: (713) 427-5083
Fax: (713) 427-5099
Katie.zinecker@bakermckenzie.com

ALSO PRESENT: Mr. Christopher Johnson

---

Page 4

1  COURT REPORTER: Today's date is March 25th,
2  2021. The time is approximately 9:53 a.m. This is the
3  Oral Deposition of Jeffrey Lynn Maronen, and it is being
4  conducted remotely in accordance with the Current Emergency
5  Order Regarding the COVID-19 State of Disaster, paragraphs
6  2.b. and c. The witness is located at 26434 Morgan Creek
7  Lane, Katy, Fort Bend County, Texas. The witness has been
8  identified to me through their Texas Drivers license.
9      This deposition is being taken in case
10 styled Christopher Johnson Vs. Xcalibur Logistics, Civil
11 Action 4:19-CV-02966, in the United States District Court
12 for the Southern District of Texas, Houston Division.
13     My name is Lydia Battle with Coastal Reporting
14 Service, and my CSR number is 2264. I'm administering the
15 oath and reporting the deposition remotely by stenographic
16 means from my residence in Harris County, Texas.
17     At this time, would counsel please state
18 their appearances and locations for the record and also
19 state the appearance of anyone else in the room with you
20 who is also attending and stipulate to allow me to swear
21 in the witness. We will begin with the taking attorney.
22     MS. PATRICK: All right. Good morning again.
23 My name is Katrina Patrick. I am taking this deposition
24 remotely from my home office and there's no one else in
25 my home office.

---

Page 5

1  MR. WASHINGTON: Mickey Washington, co-counsel
2  with Katrina Patrick. I am in my office and I'm alone.
3      MS. ZINECKER: Katie Zinecker for Defendant
4  Xcalibur Logistics. I am also in my home office, in
5  Pearland, Texas, and there's no one else in the room with
6  me.
7      COURT REPORTER: Would counsel like to state
8  any particular stipulations at this time?
9      MS. PATRICK: The only thing I would put
10 on the record is that this deposition is being taken
11 pursuant to the Federal Rules and that the parties have a
12 running agreement that we will make objections to form,
13 and that's all I can recall at this time. How about you,
14 Ms. Zinecker?
15     MS. ZINECKER: Nope, that's it. We agree to
16 those stipulations.
17     MS. PATRICK: All right.
18     COURT REPORTER: Would you like the witness
19 to read and sign, Ms. Zinecker?
20     MS. ZINECKER: Yes, please.
21     (Witness sworn by court reporter.)
22     COURT REPORTER: Counsel may proceed.
23     JEFFREY LYNN MARONEN,
24 having been first duly sworn, testified as follows:
25