IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JOHNSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | C.A. No. 4:19-CV-02996 |
| | § | |
| XCALIBUR LOGISTICS, | § | |
| | § | |
| *Defendant.* | § | (JURY TRIAL DEMANDED) |

PLAINTIFF'S MOTION TO COMPEL
DEFENDANT'S DISCOVERY RESPONSES AND REQUEST FOR ORAL HEARING

# EXHIBIT G

# Katrina Patrick

| | |
|---|---|
| From: | Zinecker, Katie <Katie.Zinecker@bakermckenzie.com> |
| Sent: | Wednesday, September 15, 2021 4:35 PM |
| To: | Katrina Patrick |
| Cc: | Cook, Brendan D; Brett, Lindsay Wright |
| Subject: | Xcalibur/Johnson - 9.15.21 Supp. Production |
| Attachments: | XCALIBUR 001293.xlsx; XCALIBUR 001294-001298.pdf; XCALIBUR 001299-001301.pdf; XCALIBUR 001302-001304.pdf; XCALIBUR 001285-001287.pdf; XCALIBUR 001288-001292.pdf |

Hi Katrina,

Please see attached for a supplemental production comprised of documents Bates labeled as XCALIBUR 1285-1304. We will follow-up with supplemental discovery responses today.

Best,

Katie

Katie Zinecker
Associate, Litigation
Baker & McKenzie LLP
700 Louisiana, Suite 3000
Houston, TX 77002
United States
Tel: +1 713 427 5000
Direct: +1 713 427 5083
Cell +1 817 913 5901
Fax: +1 713 427 5099
katie.zinecker@bakermckenzie.com

# Baker McKenzie.

**GLOBAL LITIGATION FORCE**
Leading multijurisdictional disputes with deep local roots
Website | Facebook | LinkedIn | Twitter | YouTube

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

| | |
|---|---|
| From: | Gloria Davila-Turner |
| Sent: | Tuesday, March 13, 2018 9:25 AM |
| To: | Jeffrey Maronen; Arturo Arreola |
| Cc: | Mike McKey; Grae Griffin; Rody Grant; Sandi Hayes; Christy Brown; Ivonne Carbajal-Vega |
| Subject: | Elias Ashley TERM 3/13/18 944508 |

### FILE NUMBER 944508

Elias Ashley's Involuntary (Discharged) Termination, as of 3/13/2018, was updated in ADP and **Payroll** is being notify of Mr. Ashley's termination



**Gloria Davila-Turner | Human Resource Generalist**
12140 Wickchester Ln, Ste 100 | Houston, TX 77079
Tel: 713-600-2612 | Fax: 281-833-4863
gdavila-turner@nu-devco.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** Jeffrey Maronen
**Sent:** Tuesday, March 13, 2018 7:55 AM
**To:** Arturo Arreola
**Cc:** Mike McKey; Grae Griffin; Rody Grant; Sandi Hayes; Gloria Davila-Turner
**Subject:** RE: Elias Ashley

Gather up all of His belongings get them out of the bunkhouse get all of our equipment back,

**Terminate effective immediately hold check**

Get word to this individual that he may not enter the bunk house for any reason



Jeffrey Maronen | Director
12140 Wickchester Ln, Ste 100 | Houston, TX 77079
Tel: 832-320-2920 | Mobile: 832-549-0560 |
jmaronen@xcaliburlogistics.com | https://www.xcaliburlogistics.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in

reliance on the contents of this information is strictly prohibited.

**From:** Arturo Arreola
**Sent:** Tuesday, March 13, 2018 7:50 AM
**To:** Jeffrey Maronen
**Cc:** Mike McKey
**Subject:** Re: Elias Ashley

Police Department has confirmed he is in their custody for ==Aggravated Assault and DUI.==

As soon as I get 7:00 am shift out I'll go and take pictures.

Chris Johnson's statement to the police will be ready to pick up this afternoon. I'll have him write down another statement.

Arturo Arreola Jr
M: 915-487-3854



**Arturo Arreola | Assistant Operations Manager**
12140 Wickchester Ln, Ste 100 | Houston, TX 77079

aarreola@xcaliburlogistics.com | https://www.xcaliburlogistics.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

On Mar 13, 2018, at 06:42, Jeffrey Maronen <jmaronen@xcaliburlogistics.com> wrote:

1. Call the ==police department now and== find out.
2. Go to bunkhouse and ==take pictures of damage==
3. ==Get statements from witnesses==

I need to have confirmation of the arrest. There is no drinking allowed in the bunkhouses.


Jeffrey Maronen



**Jeffrey Maronen | Director**
12140 Wickchester Ln, Ste 100 | Houston, TX 77079

XCALIBUR 001286

Tel: 832-320-2920 | Mobile: 832-549-0560 |
jmaronen@xcaliburlogistics.com | https://www.xcaliburlogistics.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

On Mar 13, 2018, at 7:16 AM, Arturo Arreola <aarreola@xcaliburlogistics.com> wrote:

> I just received notice that Elias Ashley was arrested last night. I have not confirmed this with the police, this is what I have heard from other drivers. He was very drunk last night at the man camp and according to Chris Johnson, he made several derogatory comments and threatened him with a knife. Chris advised that a police report was filed and that he witnessed them picking up Elias. Elias' roommate, David McKinnon, also confirmed that he was very drunk and that he heard an altercation happening last night outside of his room. According to Chris Johnson, Elias caused property damage by kicking the skirting on the outside of the man camp trailer as well.



Arturo Arreola | Assistant Operations Manager
12140 Wickchester Ln, Ste 100 | Houston, TX 77079

aarreola@xcaliburlogistics.com | https://www.xcaliburlogistics.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.