IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JOHNSON, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | C.A. No. 4:19-CV-02996 |
| XCALIBUR LOGISTICS, | § § § | |
| *Defendant.* | § | (JURY TRIAL DEMANDED) |

PLAINTIFF'S MOTION TO COMPEL
DEFENDANT'S DISCOVERY RESPONSES AND REQUEST FOR ORAL HEARING

# EXHIBIT I

| Date | 3035 | Date | 3034 | Date | 3033 | Date | 3032 |
|---|---|---|---|---|---|---|---|
| 5/15/2018 | Orlando Mendez | 5/14/2018 | Dennis Sharp | 5/8/2018 | Jose Guerrero | 5/28/2018 | Orlando Mendez |
| 5/18/2018 | Leo Marmolejo | 5/15/2018 | Dennis Sharp | 5/9/2018 | Jose Guerrero | 5/29/2018 | Orlando Mendez |
| 5/31/2018 | Leo Marmolejo | 5/16/2018 | Hovey Levi | 5/10/2018 | Jose Guerrero | 5/30/2018 | Orlando Mendez |
| 6/1/2018 | Leo Marmolejo | 5/16/2018 | Dennis Sharp | 5/11/2018 | Jose Guerrero | 6/7/2018 | Maurice Anderson |
| 6/2/2018 | Leo Marmolejo | 5/17/2018 | Hovey Levi | 5/12/2018 | Hovey Levi | 6/16/2018 | Orlando Mendez |
| 6/4/2018 | Leo Marmolejo | 5/17/2018 | Hovey Levi | 5/13/2018 | Jose Guerrero | 6/19/2018 | Orlando Mendez |
| 6/6/2018 | Juan Ramirez | 5/18/2018 | Hovey Levi | 5/14/2018 | Jose Guerrero | 6/21/2018 | Ruddy Marrero |
| 6/6/2018 | Leo Marmolejo | 5/18/2018 | Dennis Sharp | 5/15/2018 | Jose Guerrero | 6/25/2018 | Orlando Mendez |
| 6/7/2018 | Leo Marmolejo | 5/19/2018 | Hovey Levi | 5/16/2018 | Jose Guerrero | 6/27/2018 | Orlando Mendez |
| 6/8/2018 | Leo Marmolejo | 5/20/2018 | Hovey Levi | 5/17/2018 | Jose Guerrero | | |
| 6/9/2018 | Leo Marmolejo | 5/20/2018 | Dennis Sharp | 5/18/2018 | Steven Dubose | | |
| 6/10/2018 | Juan Ramirez | 5/21/2018 | Dennis Sharp | 5/22/2018 | Leo Marmolejo | | |
| 6/10/2018 | Leo Marmolejo | 5/22/2018 | Dennis Sharp | 5/23/2018 | Jose Guerrero | | |
| 6/11/2018 | Juan Ramirez | 5/22/2018 | Dennis Sharp | 5/24/2018 | Jose Guerrero | | |
| 6/12/2018 | Juan Ramirez | 5/23/2018 | Dennis Sharp | 5/25/2018 | Jose Guerrero | | |
| 6/12/2018 | Leo Marmolejo | 5/24/2018 | Leo Marmolejo | 5/26/2018 | Jose Guerrero | | |
| 6/13/2018 | Juan Ramirez | 5/25/2018 | Dennis Sharp | 5/27/2018 | Jose Guerrero | | |
| 6/13/2018 | Leo Marmolejo | 5/26/2018 | Hovey Levi | 5/28/2018 | Kelly Moore | | |
| 6/15/2018 | Juan Ramirez | 5/27/2018 | Hovey Levi | 5/29/2018 | Jose Guerrero | | |
| 6/16/2018 | Juan Ramirez | 5/27/2018 | Dennis Sharp | 5/30/2018 | Jose Guerrero | | |
| 6/17/2018 | Juan Ramirez | 5/28/2018 | Hovey Levi | 5/31/2018 | Felix Carreon | | |
| 6/18/2018 | Juan Ramirez | 5/28/2018 | Hovey Levi | 6/1/2018 | Jason Zisman | | |
| 6/18/2018 | Leo Marmolejo | 5/28/2018 | Dennis Sharp | 6/3/2018 | Jose Guerrero | | |
| 6/19/2018 | Juan Ramirez | 5/29/2018 | Hovey Levi | 6/4/2018 | Jose Guerrero | | |
| 6/19/2018 | Leo Marmolejo | 5/29/2018 | Michael Dart | 6/5/2018 | Jose Guerrero | | |
| 6/22/2018 | Christopher Charrier | 5/29/2018 | Dennis Sharp | 6/6/2018 | Jose Guerrero | | |
| 6/24/2018 | Michael Vieira | 5/30/2018 | Hovey Levi | 6/7/2018 | Jason Zisman | | |
| 6/25/2018 | Juan Ramirez | 5/30/2018 | Dennis Sharp | 6/8/2018 | Jose Guerrero | | |
| 6/25/2018 | Leo Marmolejo | 5/31/2018 | Dennis Sharp | 6/9/2018 | Jose Guerrero | | |
| 6/26/2018 | Juan Ramirez | 6/1/2018 | Hovey Levi | 6/9/2018 | Kelly Moore | | |
| 6/26/2018 | Leo Marmolejo | 6/2/2018 | Hovey Levi | 6/10/2018 | Jose Guerrero | | |
| 6/27/2018 | Juan Ramirez | 6/2/2018 | Dennis Sharp | 6/11/2018 | Jose Guerrero | | |
| 6/28/2018 | Juan Ramirez | 6/3/2018 | Hovey Levi | 6/12/2018 | Jose Guerrero | | |

XCALIBUR 001247

| Date | Name | | Date | Name | | Date | Name | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/28/2018 | Leo Marmolejo | | 6/3/2018 | Dennis Sharp | | 6/14/2018 | Jose Guerrero | | | |
| 6/29/2018 | Juan Ramirez | | 6/4/2018 | Hovey Levi | | 6/15/2018 | Jose Guerrero | | | |
| 6/30/2018 | Leo Marmolejo | | 6/4/2018 | Dennis Sharp | | 6/15/2018 | Aymen Alshareefi | | | |
| | | | 6/5/2018 | Hovey Levi | | 6/16/2018 | Jose Guerrero | | | |
| | | | 6/5/2018 | Dennis Sharp | | 6/16/2018 | Michael Quick | | | |
| | | | 6/6/2018 | Ralph Bryant | | 6/17/2018 | Jose Guerrero | | | |
| | | | 6/6/2018 | Dennis Sharp | | 6/18/2018 | Jose Guerrero | | | |
| | | | 6/7/2018 | Hovey Levi | | 6/18/2018 | Michael Quick | | | |
| | | | 6/8/2018 | Hovey Levi | | 6/20/2018 | Kelly Moore | | | |
| | | | 6/9/2018 | Hovey Levi | | 6/21/2018 | Tewayne Brown | | | |
| | | | 6/9/2018 | Henry Sanders | | 6/22/2018 | Michael Quick | | | |
| | | | 6/10/2018 | Hovey Levi | | 6/23/2018 | Aaron Lozano | | | |
| | | | 6/10/2018 | Henry Sanders | | 6/24/2018 | Robert Archuleta | | | |
| | | | 6/11/2018 | Hovey Levi | | 6/24/2018 | Michael Quick | | | |
| | | | 6/12/2018 | Dennis Sharp | | 6/25/2018 | Jose Guerrero | | | |
| | | | 6/13/2018 | Hovey Levi | | 6/25/2018 | Ruddy Marrero | | | |
| | | | 6/13/2018 | Dennis Sharp | | 6/26/2018 | Ruddy Marrero | | | |
| | | | 6/14/2018 | Hovey Levi | | 6/26/2018 | Jose Guerrero | | | |
| | | | 6/14/2018 | Dennis Sharp | | 6/26/2018 | Michael Quick | | | |
| | | | 6/15/2018 | Hovey Levi | | 6/27/2018 | Jose Guerrero | | | |
| | | | 6/15/2018 | Dennis Sharp | | 6/27/2018 | Michael Quick | | | |
| | | | 6/16/2018 | Hovey Levi | | 6/28/2018 | Jose Guerrero | | | |
| | | | 6/16/2018 | Dennis Sharp | | 6/28/2018 | Ruddy Marrero | | | |
| | | | 6/17/2018 | Hovey Levi | | 6/29/2018 | Robert Archuleta | | | |
| | | | 6/18/2018 | Jimmie Bailey | | 6/29/2018 | Michael Quick | | | |
| | | | 6/18/2018 | Dennis Sharp | | 6/30/2018 | Jose Guerrero | | | |
| | | | 6/19/2018 | Hovey Levi | | 6/30/2018 | Michael Quick | | | |
| | | | 6/19/2018 | Dennis Sharp | | | | | | |
| | | | 6/20/2018 | Hovey Levi | | | | | | |
| | | | 6/20/2018 | Dennis Sharp | | | | | | |
| | | | 6/21/2018 | Hovey Levi | | | | | | |
| | | | 6/21/2018 | Dennis Sharp | | | | | | |
| | | | 6/22/2018 | Hovey Levi | | | | | | |
| | | | 6/22/2018 | Dennis Sharp | | | | | | |

XCALIBUR 001248

| | | | 6/23/2018 | Hovey Levi | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 6/23/2018 | Jason Zisman | | | | |
| | | | 6/24/2018 | Dennis Sharp | | | | |
| | | | 6/25/2018 | Hovey Levi | | | | |
| | | | 6/25/2018 | Dennis Sharp | | | | |
| | | | 6/26/2018 | Hovey Levi | | | | |
| | | | 6/26/2018 | Dennis Sharp | | | | |
| | | | 6/27/2018 | Hovey Levi | | | | |
| | | | 6/27/2018 | Dennis Sharp | | | | |
| | | | 6/28/2018 | Hovey Levi | | | | |
| | | | 6/28/2018 | Dennis Sharp | | | | |
| | | | 6/29/2018 | Hovey Levi | | | | |
| | | | 6/29/2018 | Jason Zisman | | | | |
| | | | 6/30/2018 | Hovey Levi | | | | |
| | | | 6/30/2018 | Dennis Sharp | | | | |

XCALIBUR 001249