**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER JOHNSON,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **C.A. No. 4:19-CV-02996** |
| | § | |
| **XCALIBUR LOGISTICS,** | § | |
| | § | |
| *Defendant.* | § | **(JURY TRIAL DEMANDED)** |

**ORDER ON**
**PLAINTIFF'S MOTION TO COMPEL**
**DEFENDANT'S DISCOVERY RESPONSES, MOTION FOR SANCTIONS, AND**
**REQUEST FOR ORAL HEARING**

BE IT REMEMBERED that on the below-signed date came to be heard Plaintiff's Motion to Compel Defendant's Discovery Responses and Motion for Sanctions. After considering the Motions and any responses thereto, the Court hereby ORDERS, ADJUDGES, AND DECREES as follows:

I.

Plaintiff's Motion to Compel Defendant to Respond to Interrogatory number(s):

_____

_____

_____

is hereby GRANTED. Defendants shall remove its objections and respond.

II.

Plaintiff's Motion to Compel Defendant to Respond to Production of Documents number(s):

_____

_____

_____

is hereby GRANTED. Defendants shall remove its objections and respond.

III.

Plaintiff's Motion to Compel Defendant to Respond to Admissions number(s):

_____
_____
_____

is hereby GRANTED.  Defendants shall remove its objections and respond.

IV.

Defendant shall provide discovery responses on or by _____, 2021.

V.

Plaintiff's Motion for Sanctions is hereby GRANTED as follows.

_____
_____
_____

All other relief requested is DENIED.

SIGNED ON _____, 2021.

_____
PRESIDING JUDGE