United States District Court
Southern District of Texas
**ENTERED**
November 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JOHNSON, | § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:19-CV-2996 |
| XCALIBER LOGISTICS, | § § | |
| Defendant. | § § | |

## ORDER ON PLAINTIFF'S MOTION TO COMPEL

Came to be heard the plaintiff's motion to compel concerning the defendant's discovery responses and motion for sanctions. Participating telephonically were: Katrina S. Patrick, Brandon D. Cook, Kathrine Lee Zinecker and Lindsay W. Brett. After considering the motion, arguments and responses, pursuant to a phone conference, the Court ORDERS the following:

a) the plaintiff's motion to compel defendant to respond to Interrogatory Number One is granted as modified for dates January 1, 2016 to December 31, 2018; Interrogatories Seven and Eight, Three and associated production requests, are hereby GRANTED;

b) all admissions must be answered "admit" or "deny", followed by any explanation, pursuant to FRCP 36(a)(4);

c) the defendant shall provide all ordered discovery responses on or by December 10, 2021; and,

d) This case is set for a jury trial on March 7, 2022, with jury selection to commence at 11:30 A.M.

All other relief requested and not granted is Denied.

    It is so Ordered.

    SIGNED on this 8th day of November, 2021.

                                                 _____
                                                 Kenneth M. Hoyt
                                                 United States District Judge