UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-02996 |
| | § | |
| XCALIBER LOGISTICS, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTING

The parties are hereby notified that a status conference regarding docket call is set for **December 2, 2021 at 9:00 a.m.** and will be handled as a telephone conference. The parties are directed to contact the Court at the number provided in order to participate in the conference call.

Conference number: **713-250-5126**

Conference ID: **45126#**

Conference Password: **13579#**

Date: November 17, 2021                                  NATHAN OCHSNER, CLERK

                                                                                                    By: C. Horace, Case Manager to
                                                                                                           Judge Kenneth M. Hoyt