United States District Court
Southern District of Texas
**ENTERED**
February 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTOPHER JOHNSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-02996 |
| § | |
| XCALIBER LOGISTICS, § | |
| § | |
| Defendant. § | |

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the Joint Stipulation of Dismissal with Prejudice (Dkt. No. 32) jointly filed by the plaintiff, Christopher Johnson, and defendant, Xcalibur Logistics, LLC, requesting dismissal with prejudice as to all of his claims against the defendant. Based on the Notice, the Court therefore ORDERS that all of the claims asserted by the plaintiff in the cause of action styled *Christopher Johnson v. Xcalibur Logistics, LLC* Cause No. 4:19-CV-02966 are hereby dismissed with prejudice with respect to defendant, Xcalibur Logistics, LLC.

It is so ORDERED.

SIGNED on February 28, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge